# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

September 18, 2020

*Via ECF*
Hon. Judge Lorna G. Schofield
U.S. District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

This application is untimely but nevertheless GRANTED. The parties' deadline to file *Cheeks* materials is extended to **October 5, 2020**.

Dated: September 21, 2020
New York, New York

/s/
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   *Maldonado, et al v. Dougert MGMT Corp. 20-CV-5122 (LGS)*

Dear Hon. Judge Schofield:

This firm is co-counsel in our representation of Defendants in the above referenced matter, and I write on behalf of all parties to respectfully request an extension of the deadline to submit a settlement agreement and motion for court approval pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015). The parties have drafted settlement language and are in the process of finalizing the agreement. However, despite our best efforts, the parties anticipate difficulty in finalizing the agreement by the current deadline of September 21, 2020. The parties respectfully request a two-week extension. If granted, the new deadline would be October 5, 2020. This is the parties' first request for an extension of the deadline set by the court. Should the court grant this request, no future deadlines would be effected.

Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/*S/*_____
Joshua Beldner

CC:   VIA ECF
*Counsel for all parties*