UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :
JOSE MALDONADO,                                :
                            Plaintiff,                     :
                                                      :             20 Civ. 5122 (LGS)
                      -against-                           :
                                                      :                    <u>ORDER</u>
DOUGERT MANAGEMENT CORP., et al.,      :
                                                      :
                                     Defendants.      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 19, 2020, the parties filed a joint letter along with their settlement agreement and attorney billing details (Dkt. No. 18), in this action arising under the Fair Labor Standards Act.  It is hereby

      **ORDERED** that the settlement agreement, is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert denied.*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors for determining whether proposed settlement is fair and reasonable).  It is further

      **ORDERED** that Plaintiff's counsel's request for $280.00 in attorneys' fees and $496.00 in costs is GRANTED.  The remainder of the settlement shall be distributed to Plaintiff.

Dated: October 20, 2020
       New York, New York

                                                                     **LORNA G. SCHOFIELD**
                                                        **UNITED STATES DISTRICT JUDGE**