```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE MALDONADO,                                             :
                                    Plaintiff,              :
                                                            :        20 Civ. 5122 (LGS)
            -against-                                       :
                                                            :        ORDER
DOUGERT MANAGEMENT CORP.,                                   :
                                                            :
                                    Defendant.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    The Clerk of Court is respectfully directed to close this action.

Dated: October 30, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE